IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEWIS AND BETTY PEACOCK, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PACE INTERNATIONAL UNION )<br>PENSION FUND PLAN, PACE )<br>INDUSTRY 401(k) PLAN and )<br>SUCCESSION OF ALICE L. PEACOCK, )<br>)<br>Defendants. ) | NO. 3:06-0703<br>JUDGE HAYNES |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant Succession of Alice L. Peacock's motion to dismiss, or alternatively to transfer (Docket Entry No. 16) is **DENIED**.

A status conference is set for **Friday, September 28, 2007 at 2:00 p.m.** to discuss case management issues.

It is so **ORDERED**.

ENTERED the 23rd day of August, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge